UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Andrew Edward Burwell**　　　　　　　　　　**Docket No. 5:19-CR-494-2D**

**Petition for Action on Supervised Release**

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Andrew Edward Burwell, who, upon an earlier plea of guilty to Count 2, Possession With Intent to Distribute a Quantity of Heroin, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C); and Count 5, Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A) and 18 U.S.C. § 924(c)(1)(A)(i), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on September 22, 2020, to the custody of the Bureau of Prisons for a term of 90 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Andrew Edward Burwell was released from custody on December 19, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was convicted of Sexual Assault in Richmond, Virginia, on January 8, 1997. Our local policy states that anyone convicted of a sex offense must attend a psycho-sexual evaluation to determine the need for additional treatment. Our office would request that a condition requiring a psycho-sexual evaluation be added so an evaluation may be scheduled.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ Peter J. Yalango
> Peter J. Yalango
> U.S. Probation Officer
> 310 New Bern Avenue, Room 610
> Raleigh, NC 27601-1441
> Phone: 910-849-4536
> Executed On: March 10, 2026

**Andrew Edward Burwell**
**Docket No. 5:19-CR-494-2D**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ____11____ day of ____March____, 2026, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge